# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

DEBBIE ALICE THOMPSON,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., et al.,

    Defendants.

Case No. 16-cv-06134-BLF

**ORDER STRIKING DECLARATION IN SUPPORT OF OPPOSITION**

Plaintiff Debbie Thompson filed a declaration in support of her opposition to Defendants' motion to dismiss on January 23, 2017. ECF 23. The declaration is entirely improper at this stage of the proceedings. On a 12(b)(6) motion to dismiss, the Court may only consider matters that are contained within the complaint or matters that may be judicially noticed. *Shaw v. Hahn*, 56 F.3d 1128, 1129 n.1 (9th Cir. 1995). Moreover, such declaration cannot be filed without the Court's leave after a reply in support of the motion was filed. Civ. L.R. 7-1(d) ("no additional memoranda, papers or letters may be filed without prior Court approval" except for objection to reply evidence or a statement of recent decision). Accordingly, the Court STRIKES the declaration Plaintiff submitted in support of her opposition to Defendants' motion to dismiss at ECF 23.

    **IT IS SO ORDERED.**

Dated: January 24, 2017

                                                   BETH LABSON FREEMAN
                                                 United States District Judge